# United States District Court

WESTERN DISTRICT OF WASHINGTON

HENRY WESSELIUS,

        v.

MICHAEL ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-1655

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the matter is REMANDED to the Administrative Law Judge solely on the issue of reassessing Plaintiff's ability to perform past relevant work, in keeping with the guidelines set out in the Court's Order on Report and Recommendation (Dkt. No. 19).

February 16, 2010

BRUCE RIFKIN
Clerk

__/s/ Mary Duett_____
By, Deputy Clerk