IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HENRY D. WESSELIUS, | ) |
| Plaintiff, | ) No. 2:08-cv-01655-MJP |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ORDER FOR ATTORNEY FEES, EXPENSES, AND COSTS |
| | ) Note on Motion Calendar: June 4, 2010 |
| Defendant. | ) |

Based on the stipulation of the parties, it is hereby ORDERED that Plaintiff's attorney, Robert A. Friedman, is awarded attorney fees in the amount of $6,529.25 and expenses in the amount of $73.58 (for long-distance phone calls, certified deliveries, postage, and facsimiles) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $27.75 (for copies) pursuant to 28 U.S.C. § 1920.

DATED this _7th__ day of __June___ 2010.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

Page 1 ORDER - [2:08-cv-01655-MJP]